STATE v. GRADY

No. 178P00

Case below: 136 N.C.App. 394

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June 2000. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. HUNTER

No. 590A99-2

Case below: 135 N.C.App. 633

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 June 2000.

STATE v. INGRAM

No. 129P00

Case below: 136 N.C.App. 670

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. JARRETT

No. 187P00

Case below: 137 N.C.App. 256

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. JEFFREYS

No. 184P00

Case below: 137 N.C.App. 178

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.